UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2371
_____

ANDREW CARMAN and KAREN CARMAN,

Appellants

v.

JEREMY CARROLL

_____

On Appeal From the United States District Court for the Middle District of Pennsylvania
(No. 3:10-cv-01013)
District Judge: Honorable James M. Munley
_____

Submitted on December 12, 2014
After Remand by the Supreme Court of the United States


Before: MCKEE, *Chief Judge*, FUENTES, *Circuit Judge*, and SCHILLER, *District Judge*.[1]

_____

JUDGMENT ORDER
_____

This cause came to be heard on appeal from the United States District Court for the

Middle District of Pennsylvania and upon remand from the Supreme Court of the United

States

_____
[1] Honorable Berle M. Schiller, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

1

it is ADJUDGED and ORDERED that the judgment of the District Court denying

Appellants' motion for judgment as a matter of law on the unlawful entry claim and the

jury verdict regarding the Appellants' unlawful seizure claim be and hereby are

AFFIRMED.

By the Court,

s/ Julio M. Fuentes
Circuit Judge

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated:        December 18, 2014